**No. 62105.**—Dux Co. *v.* United States, protest 292052–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the items marked "A" consist of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim at 20 percent under the provision in paragraph 412, as modified by T. D. 51802, for "Furniture, * * * Chairs," was sustained. The items marked "T," stipulated to consist of furniture the same as that in C. A. D. 669, *supra,* were held dutiable at 12½ percent under the provision in said paragraph 412, as modified, *supra,* for other furniture.

**No. 62106.**—Modernaire Furniture, Inc. *v.* United States, protest 277759–K/7634 (Chicago).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of headboards similar in all material respects to those the subject of Abstract 61224, the claim of the plaintiff was sustained.

**No. 62107.**—Westchester Aquarium Supply Co. *v.* United States, protest 324522–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of aquarium sea moss similar in all material respects to that the subject of *Westchester Aquarium Supply Co.* v. *United States* (36 Cust. Ct. 146, C. D. 1767), the claim of the plaintiff was sustained.